IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMBA ERIC KONDEH KAMARA, | : | |
| Petitioner | : | |
| | : | No. 1:17-CV-01176 |
| v. | : | |
| | : | (Judge Kane) |
| WARDEN CLAIRE DOLL, | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, this 19th day of December 2017, upon consideration of Petitioner's motion to reopen (Doc. No. 8), Respondent's brief in opposition (Doc. No. 9), the audio recording of the bond hearing (Doc. No. 10-1), and Petitioner's reply brief (Doc. No. 11), **IT IS ORDERED THAT** Petitioner's motion to reopen (Doc. No. 8), is **DENIED**. This case shall remain **CLOSED**.

s/Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania